MINNIE SCHOLAR, Respondent, v. RUTH ROLAND, Defendant, and ROBERT SCHACKER, Appellant.—

Hopkins, Acting P. J., Munder, Martuscello, Latham and Brennan, JJ., concur.

PETER VERHEYLEWEGHEN et al., Respondents, v. HARWOOD CONTRACTING COMPANY et al., Appellants.—

Rabin, P. J., Latham, Christ, Brennan and Benjamin, JJ., concur.